UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FELICIANO DIAZ LEON, ELIAS HILARIO GUZMAN
and VICTORIO GUZMAN, individually and on behalf of
all others similarly situated,

**DEFAULT JUDGMENT**

Plaintiffs,

20 Civ. 6100 (KPF)

-against-

TOASTIES ONE CORP., and DAVID JUNG, as an
individual,

Defendants.
-------------------------------------------------------------------X

This action having been commenced on August 5, 2020 by the filing of the Summons and Complaint, a copy of the Summons and Complaint having been personally served

- On the Defendant, TOASTIES ONE CORP., on August 19, 2020, by personal service at its place of business at 214 7th Avenue, New York, New York 10011, with proof of service having been filed on November 17, 2020;

- On the Defendant, DAVID JUNG, as an individual, on August 19, 2020, by personal service at its place of business at 214 7th Avenue, New York, New York 10011, with proof of service having been filed on November 17, 2020;

- And the defendants having not answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That plaintiffs have judgment against defendants in the liquidated amount of $398,724.44 with post-judgment interest accruing as of the date of this order in accordance with 28 U.S.C. § 1961(a); plus costs of this action and attorneys' fees in the

1

total sum of $9,358.00, amounting in all to $408,082.44 in favor of plaintiffs and against defendants.

Dated: June 8, 2021
         New York, New York

                                                                                      _____
                                                                                       Honorable Katherine Polk Failla
                                                                                       United States District Judge